IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR27 |
| | ) | |
| vs. | ) | ORDER OF COURT TO DISMISS |
| | ) | WITHOUT PREJUDICE THE |
| TANNELL WILLIAMS, | ) | INDICTMENT AGAINST |
| | ) | TANNELL WILLIAMS |
| Defendant. | ) | |

IT IS ORDERED, pursuant to Federal Rule of Criminal Procedure 48(a), leave of Court is granted for the dismissal without prejudice of the Indictment regarding Defendant, TANNELL WILLIAMS, pursuant to Motion of the United States (Filing No. 5).

DATED this 22nd day of February, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLION
Chief United States District Judge